**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

|  |  |
|---|---|
| TAMEKIA OLIVE, <br><br>     *Plaintiff*, <br><br>     v. <br><br> MICHAEL TUBBS, in his official capacity as SHERIFF OF MOREHOUSE PARISH, LOUISIANA, and ALVIN HOLMES, in his individual capacity, <br><br>     *Defendants*. | Civil Action No. 3:22-cv-5205 <br><br> Judge: Terry A. Doughty <br><br> Magistrate Judge: Kayla D. McClusky |

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

On February 7, 2023, Defendants offered to have judgment entered against them on the terms set forth in Exhibit 1. Plaintiff accepted that offer on February 9, 2023, and requests that the Court enter judgment. If the Parties are unable to reach an agreement on attorneys' fees and costs, Plaintiff will provide briefing pursuant to Rule 54(d).

Dated: February 17, 2023.

By: */s/ Michael Scheininger*

Michael Scheininger* (D.C. Bar No. 173393)
Sarah Parker*+ (New York Bar No. 5960125)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001
Tel: 202-662-5804
mscheininger@cov.com
sparker@cov.com

E. Bridget Wheeler (Louisiana Bar No. 37546)
Nora Ahmed* (New York Bar No. 5092374)
Meghan Matt (Louisiana Bar No. 39975)
ACLU FOUNDATION OF LOUISIANA
1340 Poydras Street, Ste. 2160
New Orleans, LA 70112
Tel: 504-522-0628
bwheeler@laaclu.org
nahmed@laaclu.org
mmatt@laaclu.org

Sara Dennis* (New York Bar No. 5799812)
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
Tel: 212-841-1272
sdennis@cov.com

*Counsel for Plaintiff*

* *Pro Hac Vice*
+ *Member of the Bar of New York; District of Columbia Bar membership pending; supervised by principals of the Firm.*

## **CERTIFICATE OF SERVICE**

I certify that this document was filed through the Western District of Louisiana CM/ECF

system, which will provide a copy to all counsel of record, on February 17, 2023.


           */s/ Michael Scheininger*
           Michael Scheininger