# EXHIBIT 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE

| | |
|---|---|
| **TAMEKIA OLIVE** | **CIVIL ACTION NO. 3:22-cv-05205** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MICHAEL TUBBS, ET AL.** | **MAGISTRATE JUDGE KAYLA D. McCLUSKY** |

### RULE 68 OFFER OF JUDGMENT

**TO:** Tamekia Olive
Through her counsel of record:
Michael Scheininger
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001

**PLEASE TAKE NOTICE** that the defendants in the above-entitled action, Michael Tubbs and Alvin Holmes, offer to allow judgment to be taken against them by the plaintiff for the amount of $10,000.00, plus costs and reasonable attorney fees as of the date of this offer, the amount of which shall be determined by the Court if the parties are unable to agree thereupon. This offer is made pursuant to Rule 68 of the Federal Rules of Civil Procedure. Evidence of this offer is not admissible except in a proceeding to determine costs and it is not an admission of liability. If this offer is not accepted in writing within 14 days, it shall be deemed withdrawn.

Dated: February 7, 2023

*/s/Ronald S. Bryant*
Ronald S. Bryant
*Counsel for Sheriff Mike Tubbs and Alvin Holmes*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 7th day of February, 2023, a copy of the foregoing was emailed to call counsel of record.

*/s/Ronald S. Bryant*