**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **TAMEKIA OLIVE** | **CIVIL ACTION NO.  3:22-cv-5205** |
| **VERSUS** | **JUDGE TERRY A DOUGHTY** |
| **MICHAEL TUBBS, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT OF THE CLERK OF COURT

In accordance with the **NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** (Record Doc. No. 19) filed by Plaintiff Tamekia Olive ("Plaintiff") on February 17, 2023, and pursuant to Rule 68 of the Federal Rules of Civil Procedure, the Clerk of Court enters Judgment for Plaintiff and against Defendants Michael Tubbs and Alvin Holmes for the amount of $10,000.00 plus costs and reasonable attorney fees as of the date of the offer, the amount of which shall be determined by the Court if the parties are unable to agree. This case shall now be closed.

Shreveport, Louisiana, this 7th day of March, 2023.

TONY R. MOORE,
CLERK OF COURT

BY:

_____
PAMELA P. MITCHELL
STAFF ATTORNEY