UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **TAMEKIA OLIVE** | **CASE NO. 3:22-CV-05205** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MICHAEL TUBBS ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

For the reasons set forth in the Memorandum Ruling and having considered Plaintiff's Motion to Fix Attorneys' Fees and Costs [Doc. No. 21], Defendant's Opposition to Plaintiff's Motion to Fix Attorney's Fees and Costs [Doc. No. 23], and Plaintiff's Reply Memorandum in Support of Plaintiff's Motion to Fix Attorney's Fees and Costs [Doc. No. 24],

**IT IS ORDERED** that Plaintiff's fees be set at $35,696.80 with Covington & Burling LLP receiving $31,275.00 and the ACLU receiving $4,421.80.

**IT IS FURTHER ORDERED** that Plaintiff's costs be set at $822.00.

**MONROE, LOUISIANA**, this 29th day of September 2023.

_____
Terry A. Doughty
United States District Judge